UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRUCE WILLIAMS, JR.,
    Plaintiff,

vs.                                      Case No.:  3:23-cv-2374/MCR/ZCB

OFFICER D. LAVERGNE, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 20, 2024. (Doc. 45).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 45) is adopted and incorporated by reference in this order.

2.    The Defendants' motion to dismiss, (Doc. 27), is **GRANTED**.

3.    Plaintiff's complaint is **DISMISSED without prejudice** as malicious under 28 U.S.C. § 1915A(b)(1) for failure to truthfully disclose his litigation history.

4. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 16th day of August 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**